# United States Court of Appeals for the Fifth Circuit

―――――――――

No. 23-50511
Summary Calendar

―――――――――

United States Court of Appeals
Fifth Circuit

**FILED**

March 15, 2024

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

EDWARD JIMENEZ,

*Defendant—Appellant*.

―――――――――――――――――――――

Appeal from the United States District Court
for the Western District of Texas
USDC No. 5:98-CR-304-1

―――――――――――――――――――――

Before ELROD, OLDHAM, and WILSON, *Circuit Judges*.

PER CURIAM:[*]

Edward Jimenez appeals the denial of his motion for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(1)(A), in which he argued that his life sentence is unconstitutional. The district court denied the motion based on our holding that "a prisoner cannot use § 3582(c) to challenge the legality

―――――――――――――――

[*] This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

or the duration of his sentence[.]"  *United States v. Escajeda*, 58 F.4th 184, 187 (5th Cir. 2023).

Jimenez has filed a letter brief and an unopposed motion for summary disposition.  He concedes that his argument on appeal—that constitutional defects in his sentence are extraordinary and compelling reasons warranting a reduction of sentence under § 3582(c)(1)(A)—is foreclosed by *Escajeda*, although he seeks to preserve it for further review.

Where "there can be no substantial question as to the outcome of the case," summary disposition is appropriate. *Groendyke Transp., Inc. v. Davis*, 406 F.2d 1158, 1162 (5th Cir. 1969).  Accordingly, the motion for summary disposition is GRANTED, and the district court's order is AFFIRMED.